

**IT IS ORDERED as set forth below:**

**Date: November 10, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                        ROME DIVISION


IN RE: MALINDA C. HUGHES,         {   CHAPTER 13
                                  {
        DEBTOR(S)                 {   CASE NO.: R19-41289-BEM
                                  {
                                  {   JUDGE ELLIS-MONRO
```

**ORDER DENYING MOTION TO DISMISS HELD NOVEMBER 2, 2022**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 plan, commencing with the next plan payment following the entry date of this Order and

```
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com
```

continuing for twelve (12) months following entry of this Order on a strict compliance basis.  It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Presented by:

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
sonyab@atlch13tt.com

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION


IN RE: MALINDA C. HUGHES,            {   CHAPTER 13
                                     {
        DEBTOR(S)                    {   CASE NO.: R19-41289-BEM
                                     {
                                     {   JUDGE ELLIS-MONRO


                         DISTRIBUTION LIST


MALINDA C. HUGHES
66 MADISON LANE
SUMMERVILLE, GA 30747

BOURNAKI8S & MITCHELL
P.O. BOX 1673
ROME, GA 30162

K. EDWARD SAFIR, CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com